AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2021

SEAN F. McAVOY, CLERK

NICHOLAS ANDRES FUENTES, III,

_____
*Petitioner*

v.

JAMES KEY,

_____
*Respondent*

)
)
)
)
)
)

Civil Action No.  2:19-CV-416-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

✔  other: Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, ECF No. 8, is DENIED. The Petition is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

✔  decided by Judge        Rosanna Malouf Peterson
_____

Date:  11/18/2021_____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Courtney Piazza
_____
*(By) Deputy Clerk*

Courtney Piazza
_____